COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-413-CV
NIKHAT A. QURESHI                                                                
APPELLANT
V.
ROBERT T. STITES, ATTORNEY AT LAW,                                    
APPELLEE
A PROFESSIONAL CORPORATION
----------
FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
We have considered appellant's "Motion To Dismiss." It is the
court's opinion that the motion should be granted; therefore, we dismiss the
appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
Appellant shall pay all costs of this appeal, for which let execution issue.
 
PER CURIAM
PANEL D: HOLMAN, GARDNER, and WALKER, JJ.
 
[DELIVERED JAN. 9, 2003]

1. See Tex. R. App. P. 47.4.